UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HEATHER SCHICK,

        Plaintiff,                      **Case No.:**

v.

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

        Defendant.
_____/

## COMPLAINT

COMES NOW Plaintiff, HEATHER SCHICK, by and through the undersigned counsel and files this Complaint against Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA and alleges as follows:

### GENERAL ALLEGATIONS APPLICABLE TO ALL COUNTS

1.    This is an action for recovery of benefits under an employee welfare benefit plan brought pursuant to 29 U.S.C. Section 1001, Et Seq. ("ERISA"). Plaintiff seeks to recover benefits she claims are due to her under the ERISA governed plan pursuant to 29 U.S.C. Section 1132(a)(1)(B). More specifically, Plaintiff seeks long-term disability benefits under her former employer's group policy issued by Defendant which she claims have been wrongfully denied.

## PARTIES

2. Plaintiff is an adult resident citizen of Escambia County, Florida.

3. Defendant is a foreign corporation engaging in business within the State of Florida and is authorized to do so.

4. At all times relevant to this action, Defendant provided insured long-term disability ("LTD") benefits pursuant Starbucks Corporation's LTD group policy number 358533 0001 ("the Plan").

5. At all times relevant to this action, the Plan was in full force and effect and Plaintiff was a Plan participant.

6. Defendant is in possession of all master Plan Documents.

7. Defendant is a third party plan administrator or claims fiduciary given discretion to interpret Plan provisions and is a Plan fiduciary, or alternatively, is a Plan fiduciary without discretion to interpret Plan provisions.

## BASIS FOR JURISDICTION

8. This Court maintains subject matter jurisdiction over this action pursuant to 29 U.S.C. § 1132(e) and 28 U.S.C. §1331.

## FACTS APPLICABLE TO ALL COUNTS

9. Plaintiff purchased through her employer, Starbucks Corporation, a

contract of salary continuance insurance including long-term disability (LTD) benefits.

10.     On or before May 1, 2014, Plaintiff became totally disabled from her past employment as defined by the Plan, due to myofascial pain, fibromyalgia, knee pain, osteoarthritis, back pain, and other exertional and non-exertional impairments.

11.     On or about May 1, 2014, Plaintiff made a timely application for LTD benefits under the Plan.

12.     Plaintiff's application for LTD benefits was investigated by Defendant and as a result, Plaintiff was approved for benefits.

13.     On May 18, 2017, Defendant or its agents denied Plaintiff's claim for ongoing long-term disability benefits, beginning May 19, 2017.

14.     Plaintiff timely appealed the denial of LTD benefits by letter dated October 24, 2017.

15.     By letter dated December 13, 2017, Defendant upheld it's decision to denial Plaintiff LTD benefits.

16.     Plaintiff continues to suffer from myofascial pain, fibromyalgia, knee pain, osteoarthritis, back pain, and other exertional and non-exertional impairments which render her disabled as defined by the Plan.

17.     Plaintiff has exhausted all available administrative remedies afforded by the Plan and has otherwise complied with all conditions precedent to this action.

## COUNT I
## WRONGFUL DENIAL OF LONG-TERM DISABILITY BENEFITS

18.     Plaintiff incorporates by reference paragraphs 1-17 of this Complaint as if fully set forth herein.

19.     Each of Defendant's denials of Plaintiff's claim for LTD benefits was arbitrary and capricious, constituted abuse of Defendant's discretion under the Plan, and derogated Plaintiff's right to disability benefits under the terms of the Plan.

WHEREFORE, Plaintiff prays for a judgment against the Defendant for all Plan benefits owing at the time of said judgment, pre-judgment interest, attorney's fees, costs of this action, and all other relief deemed just and proper by the Court.

Dated this 29th day of December, 2017.

Respectfully submitted,

/s/ Kimberly A. Corkill
Kimberly A. Corkill
Florida Bar No.: 84942
k.corkill@solowaylawfirm.com
/s/ Daniel M. Soloway
Daniel M. Soloway
Florida Bar No.: 508942

                                                         d.soloway@solowaylawfirm.com
                                                         Soloway Law Firm
                                                         1013 Airport Blvd.
                                                         Pensacola, FL 32504
                                                         (850) 471-3300 (T)
                                                         (850) 471-3392 (F)
                                                         Attorneys for Plaintiff